UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID RUSSELL POSEY,

    Petitioner,

v.                          CASE NO. 3:15cv452-MCR/CAS

SCOTT MIDDLEBROOKS,

    Warden,

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated August 31, 2017. ECF No. 40. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 40, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus filed by David Russell Posey pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. A certificate of appealability is **DENIED** pursuant to Rule 11(a) of the Rules Governing § 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this 25th day of May 2018.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**